IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| TRESSA BROWN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO.  1:23CV-10-GNS |
| | ) | |
| HORIZONPSI, INC., | ) | Removed from Warren Circuit Court |
| | ) | Civil Action No. 22-CI-01392 |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

Comes the Defendant, HorizonPSI, Inc. ("HorizonPSI"), by counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky, Division at Bowling Green, hereby states as follows:

1. HorizonPSI is the named Defendant in a lawsuit filed by Tressa Brown (hereinafter "Ms. Brown") in the Warren Circuit Court, Warren County, Kentucky designated as Case Number 22-CI-01392. HorizonPSI was served with the Plaintiff's Complaint on December 27, 2022. A copy of the Summons, Complaint, Service of Process documentation and HorizonPSI's Answer are attached hereto as Exhibit 1, as required by 28 U.S.C. § 1446(a). These are the only pleadings directed to or filed by the Defendant in this action.

2. This is a civil action in which the Plaintiff has asserted claims for personal injuries and damages allegedly sustained on June 11, 2022 while operating equipment allegedly designed, manufactured, inspected, tested, marketed and installed by Defendant, during the course and scope of her employment with Hill's Pet Nutrition. Plaintiff's Complaint seeks an unspecified amount of compensatory damages, punitive damages, attorney fees, and costs.

3. According to the Plaintiff's Complaint, the Plaintiff is now and was at the time of the incident a Kentucky citizen who resides in Logan County, Kentucky.

4. HorizonPSI is now and was at the time of the subject incident a Kansas corporation, with its principal place of business located at 1101 Horizon Drive, Lawrence, Kansas 66046. (See Exhibits 1 and 2). HorizonPSI is not now nor was it at the time of the events referenced in the Plaintiff's Complaint incorporated in the State of Kentucky. Likewise, HorizonPSI does not now nor did it at the time of the accident have a principal place of business or "nerve center" in the State of Kentucky.

5. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and § 1367 and is one that the Defendant may remove to this Court pursuant to 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

6. Kentucky state court procedural rules prohibit parties seeking unliquidated damages from pleading a specific amount of alleged damages. See KRCP 8.01(2). Nonetheless, the Plaintiff alleges in the Complaint that her right hand was severed as a result of the subject incident and according to her prayer for relief, she is seeking compensatory damages, punitive damages, and attorney's fees. In addition, the undersigned counsel spoke with Plaintiff's counsel, Doug Morris on January 13, 2023 about removing the case to Federal Court and Mr. Morris confirmed that the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

7. This Notice is filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action and the time for filing this Notice under the statutes of the United States has not yet expired.

8. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, HorizonPSI, Inc., by Counsel, hereby notifies the Court of its removal of this action from the Warren Circuit Court in Warren County, Kentucky.

Respectfully Submitted,

BARNES MALONEY PLLC

*/s/ Michael S. Maloney*

Michael S. Maloney, Esq.
Mark E. Roth, Esq.
401 W. Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 583-4777
Fax: (502) 583-4780
mmaloney@sbmkylaw.com
mroth@sbmkylaw.com
*Counsel for Defendant, HorizonPSI, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the **23rd** day of January, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Douglas H. Morris, Esq.
Lea A. Player, Esq.
Robyn Bell Stanton, Esq.
Morris & Player, PLLC
1211 Herr Lane, Suite 205
Louisville, KY 40222
dhm@morrisplayer.com
lap@morrisplayer.com
rbs@morrisplayer.com
mppleadings@morrisplayer.com
*Counsel for Plaintiff*

*/s/ Michael S. Maloney*

BARNES MALONEY PLLC